UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIKA FIELDS,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 18-cv-10572

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 20); (2) GRANTING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15); (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 11); and (4) AFFIRMING THE DECISION OF THE COMMISSIONER

On January 11, 2019, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security ("Commissioner") in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (ECF No. 20, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 11), GRANTS Defendant's Motion for Summary

1

Judgment (ECF No. 15), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: February 8, 2019